# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ARTHUR PHILLIPS,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74824

FILED

FEB 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order revoking appellant's probation. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Gibbons_____, J.
Gibbons

_____Hardesty_____, J.
Hardesty

18-07385

cc: Hon. Kathleen M. Drakulich, District Judge
    Washoe County Alternate Public Defender
    Attorney General/Carson City
    Washoe County District Attorney
    Washoe District Court Clerk